DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIANE SEIWERT,**
Appellant,

v.

**SHEA'S SHAMROCK INC.** d/b/a **CARBONEAU'S HOME REPAIR, ET AL.,**
Appellees.

No. 4D20-1980

[October 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE17-016324.

Charles D. Straub of Charles D. Straub, P.A., Lake Worth, for appellant.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***